1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  QUINTERRIOUS CLARK,                      No.  2:13-cv-1885 JAM DAD P

12              Plaintiff,

13      v.                                   FINDINGS & RECOMMENDATIONS

14  M. HERRERA et al.,

15              Defendants.

16

17      By order filed August 5, 2014, plaintiff's complaint was dismissed and thirty days leave to

18  file an amended complaint was granted.  Thirty days from that date have now passed, and

19  plaintiff has not filed an amended complaint or otherwise responded to the court's order.

20      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

21  prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22      These findings and recommendations are submitted to the United States District Judge

23  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24  after being served with these findings and recommendations, plaintiff may file written objections

25  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

26  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

27  /////

28  /////

                                        1

1    time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2    (9th Cir. 1991).

3    Dated:  September 18, 2014

4

5    _____
     DALE A. DROZD
6    UNITED STATES MAGISTRATE JUDGE

DAD:9
clar1885.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2