UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTERRIOUS CLARK, | No. 2:13-cv-1885 JAM DAD P |
| Plaintiff, | |
| v. | ORDER |
| M. HERRERA et al., | |
| Defendants. | |

On September 19, 2014, the court issued findings and recommendations, recommending dismissal of this action due to plaintiff's failure to file an amended complaint as ordered. Plaintiff has filed objections to the findings and recommendations, explaining that because he was placed in a state hospital during the thirty day period he was unable to complete his amended complaint. Good cause appearing, the court will vacate its findings and recommendations and grant plaintiff an additional thirty days to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's September 19, 2014, findings and recommendations are vacated;

/////

/////

/////

/////

1

2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint. Failure to file an amended complaint will result in a recommendation for dismissal of this action.

Dated: October 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
clar1885.36amc