UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTERRIOUS CLARK,<br><br>Plaintiff,<br><br>v.<br><br>M. HERRERA et al.,<br><br>Defendants. | No. 2:13-cv-1885 JAM DAD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

On November 24, 2014, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint as required. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. In any event, in the court's prior screening order, the court dismissed plaintiff's original complaint and granted him leave to file an amended complaint. As such, no motion for leave to amend by plaintiff is necessary.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend (Doc. No. 15) is denied; and

2. Within thirty days of the date of service of this order, plaintiff shall file an amended complaint that complies with this court's August 5, 2014 screening order (Doc. No. 9), the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  Failure to comply with this order will result in a recommendation for dismissal of this action.

Dated:  December 11, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
clar1885.10b

2