UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTERRIOUS CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. HERRERA et al.,,<br><br>　　　　　Defendants. | No.  2:13-cv-1885 JAM DAD P<br><br><br>ORDER |

　　　　Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 11, 2014.  He has also requested a civil rights complaint form.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time (Doc. No. 17) is granted;

　　　　2. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint; and

　　　　3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

Dated:  January 21, 2015

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
clar1885.36