IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUINTERRIOUS CLARK,**<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**M. HERRERA, et al.,**<br><br>　　　　　　　Defendant. | Case No. 2:13-cv-01885 JAM DB P<br><br>**ORDER** |

　　　Good cause appearing, Defendant's motion to modify the discovery and scheduling order (ECF No. 31) is GRANTED.  The discovery cut-off is extended by thirty days, up to and including March 26, 2017, for the sole purpose of allowing Defendant to depose Plaintiff.

　　　IT IS SO ORDERED.

DATED:  February 15, 2017

　　　　　　　　　　　　　　　　　　　　/s/ DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/clar1885.so eot